# NEW ORLEANS POLICE DEPARTMENT

☒ INCIDENT REPORT / SUPPLEMENTAL REPORT   PAGE 1 OF

**1 ITEM NUMBER** D-9687-92

| Field | Value |
|---|---|
| 2 SIGNAL | 64G |
| 3 INCIDENT | ARMED ROBBERY (GUN) |
| 4 DATE/TIME OCCURED | 4-7-92, 1 AM |
| 5 DIST | 1 |
| 6 SECTOR | 102 |

7 LOCATION OF OCCURRENCE: 1125 ST. PHILIP ST
8 DATE/TIME OF REPORT: 4-7-92, 1 AM
9 ZONE/SUBZONE: F02
10 WEATHER: 2
11 TEMP: 69
12 LIGHTING: G
13 BULLETIN RECD: ☒ NO

**Reporting persons:**

- JOHNSON, LIONEL — RACE N, SEX M — 524-2318 — OCCUPATION MANUFACTURER
- TRIMBLE, HAZEL M — RACE N, SEX F — 482-9072 — OCCUPATION HOUSE WIFE

(Form fields largely blacked out / NONE)

EXHIBIT 3

**N.O.P.D. — PROPERTY CONTINUATION**  PAGE    OF    ITEM: D-9687 -92

| ☑ 521 CASH | ☐ 526 FURS | ☐ 532 FIREARM | ☐ 538 DRUGS | ☐ 546 MOTOR VEHICLE PARTS OR ACC. |
| ☐ 522 CREDIT CARD | ☐ 527 CLOTHING | ☐ 533 HOUSEHOLD ITEM | ☐ 539 LINGERIE, UNDER CLOTHING | ☐ 547 BICYCLE |
| ☐ 523 CHECK OR NEGOTIABLE | ☐ 528 TV & RADIO — NOT VEHICLE | ☐ 534 FOOD, LIQUOR | ☐ 540 ART OBJECTS, ANTIQUES | ☐ 548 TOOLS, CONSTRUCTION EQUIP. |
| ☒ 524 JEWELRY | ☐ 529 STEREO | ☐ 535 TOBACCO PRODUCTS | ☐ 541 STAMP/COIN COLLECTIONS | ☐ 549 OTHER PROPERTY |
| ☐ 525 PRECIOUS METALS | ☐ 530 TAPE RECORDER, VIDEO RECORDER | ☐ 536 GAS AND OIL | ☐ 542 LANDSCAPING/PLANTS | ☐ 550 BUILDING OUTSIDE — DAMAGE |
| | ☐ 531 CAMERA, PROJECTOR | ☐ 537 TOILETRIES | ☐ 543 MOTOR VEHICLE | ☐ 551 BUILDING INSIDE — DAMAGE |

UCR CATEGORIES

A CURRENCY  G FIREARMS
B JEWELRY  H HOUSEHOLD
C CLOTHES  I CONSUMABLES
D VEHICLE  J LIVESTOCK
E OFFICE EQUIPMENT  K MISC.
F TV/RADIO/CAMERA  L DAMAGE

| QUAN | BRAND/MANUFACTURER | DESCRIPTION/MODEL | SERIAL NO. | UCR CATEGORY | VALUE STOLEN | RECOVERED |
|---|---|---|---|---|---|---|
| | | "STOLEN PROPERTY" | | | | |
| | | VICTIM | | | | |
| UNK. | UNK. | MISC. JEWELRY | UNK. | B. | UNK. | UNK. |
| | | | | | | |
| | | VICTIM LIONEL JOHNSON | | | | |
| | U.S. CURRENCY | ONE HUNDRED DOLLARS | | A. | $100.00 | — |
| | | | | | | |
| | | VICTIM HAZEL M. TRIMBLE | | | | |
| 2. | MADALION EARINGS | GOLD NICKLE SIZE | | B. | $220.00 | — |
| 1. | UNK. | JESUS HEAD @ FOUR | | | | |
| | | DIAMONDS 14CT GOLD. | | B. | $220.00 | — |
| | | MEDALLION | | | | |
| 1. | UNK. | GOLD WEDDING BAND | | B. | $60.00 | — |
| 1. | UNK. | GOLD RING @ RUBY | | B. | $100.00 | — |
| | | | | | | |
| | | "NARRATIVE" | | | | |

ON 4-7-92, AT 1:26 A.M., OFFICER M. BRENCKLE OF UNIT 807
ECEIVED AND RESPONDED TO A SIGNAL 911 LOCATED AT 1718 N.
AMPART.

ACCESS NUMBER

SUPPLEMENTAL REPORT                                    ITEM: D-9687-92

## * EVENT SECTION *

SIGNAL: 42            INCIDENT: AGGRAVATED RAPE
DATE OCCURRED: 4/6/92    TIME OCCURRED: 10:30 AM    DATE OF REPORT: 4/7/92
LOCATION OF OCCURRENCE: 1100 ST. PHILLIP ST
ZONE/SUBZONE: E01    DIST: 1ST    WEATHER: 1    TEMP: 65    LIGHTING: P

## * VICTIM SECTION *

VICTIM  X      REPORTING PERSON ____    WITNESS ____    PERSON INTERVIEWED ____
NAME: KNOWN                    RACE:        SEX:        DOB: 24 YRS.
HOME ADDRESS: KNOWN                      HOME PHONE: (504)
APT:        CITY:                        STATE:                ZIP:
BUS. ADDRESS:                            BUS. PHONE: (504)
SUITE:        CITY:                      STATE:                ZIP:
DRIVERS LICENSE:              SOCIAL SECURITY:
EMERGENCY PHONE:
OCCUPATION/SCHOOL:                  SOBRIETY: 1          INJURY: 6
RELATIONSHIP TO PERPETRATOR: 10

VICTIM ____    REPORTING PERSON ____    WITNESS ____    PERSON INTERVIEWED ____
NAME:                        RACE:        SEX:        DOB:
HOME ADDRESS:                            HOME PHONE: (504)
APT:        CITY:                        STATE:                ZIP:
BUS. ADDRESS:                            BUS. PHONE: (504)
SUITE:        CITY:                      STATE:                ZIP:
DRIVERS LICENSE:              SOCIAL SECURITY:
EMERGENCY PHONE:
OCCUPATION/SCHOOL:                  SOBRIETY:          INJURY:
RELATIONSHIP TO PERPETRATOR:

VICTIM ____    REPORTING PERSON ____    WITNESS ____    PERSON INTERVIEWED ____
NAME:                        RACE:        SEX:        DOB:
HOME ADDRESS:                            HOME PHONE: (504)
APT:        CITY:                        STATE:                ZIP:
BUS. ADDRESS:                            BUS. PHONE: (504)
SUITE:        CITY:                      STATE:                ZIP:
DRIVERS LICENSE:              SOCIAL SECURITY:
EMERGENCY PHONE:
OCCUPATION/SCHOOL:                  SOBRIETY:          INJURY:
RELATIONSHIP TO PERPETRATOR:

DETECTIVE: Reporting                TECHNICIAN:

EMS/TOW/OTHER:                       ACCESS NUMBER:

REPORTING OFFICER: *Debbie Coffee*          BADGE:

REPORTING OFFICER: DET. DEBBIE COFFEE        BADGE: # 589

CAR: # 3364                          SUPERVISOR: *Det. V. Derkson*

**NEW ORLEANS POLICE DEPARTMENT**
**RAPE INVESTIGATIONS SECTION**    PAGE __2__ OF _2_____
ITEM: _D-9687-92___

### * PERPETRATOR SECTION *

ARRESTED ____    WANTED STATE ____    WANTED MUNICIPAL ____    SUSPECTED _X_
WARRANT ON FILE WITH N.C.I.C.:
NAME: UNKNOWN        RACE: N    SEX: M    DOB: 25-30
LOCATION OF ARREST:        D/Z/SZ:      CREDIT:
HOME ADDRESS:        HOME PHONE: (504)
APT:      CITY:        STATE:      ZIP:
BUS. ADDRESS:        BUS. PHONE: (504)
SUITE:     CITY:        STATE:      ZIP:
DRIVERS LICENSE:      SOCIAL SECURITY:      B OF I:
OCCUPATION/SCHOOL:        SOBRIETY:      INJURY:
RELATIONSHIP TO VICTIM:        ALIAS:
RIGHTS WAIVED:     FORM NO.:      ADVISED BY:
ARREST DATE:      TIME:      MAGISTRATE DATE:      TIME:
CHARGES:      STATE ____    MUNICIPAL ____    JUVENILE ____

### * EVIDENCE SECTION *

CENTRAL EVIDENCE AND PROPERTY RECEIPT NUMBER :

### * NARRATIVE SECTION *

ON 4/7/92 AT 4:30 AM, DET. COFFEE, OF THE C.I.B., RAPE INVESTIGATIONS UNIT, WAS NOTIFIED BY UNIT# 3351, DET. GERALD KUHN, C.I.B. ROBBERY SECTION, THAT HE WAS INVESTIGATING A ROBBERY AND KIDNAPPING WITH A RAPE. DET. KUHN THEN REQUESTED THAT A RAPE UNIT MEET HIM AT THE VCD STATION.

UPON ARRIVAL, DETECTIVES MET DET. KUHN AND LEARNED THAT WHILE IN THE FRENCH QUARTER, THREE VICTIMS HAD BEEN ROBBED AND KIDNAPPED AT GUNPOINT BY AN UNKNOWN ASSAILANT. DET. KUHN FURTHER RELATED THAT ONE OF THE FEMALE VICTIMS HAD ALSO BEEN RAPED.

DET. COFFEE THEN MET WITH THE VICTIM OF THE RAPE AND LEARNED THAT EARLIER THIS DATE SHE AND HER ASSOCIATES HAD BEEN WALKING IN THE 1100 BLOCK OF ST. PHILLIP WHEN ACCOSTED BY AN UNKNOWN MALE WHO WAS ARMED WITH A GUN. THE VICTIMS WERE FORCED TO WALK WITH THE SUBJECT TO AN UNKNOWN LOCATION IN THE FRENCH QUARTER WHERE THE WANTED SUBJECT FORCED VICTIMS ONE AND TWO TO DISROBE. THE SUBJECT THEN FORCED VICTIM NUMBER THREE TO ACCOMPANY HIM INTO HIS VEHICLE AND DROVE HER TO A KNOWN LOCATION IN THE DESIRE PROJECT. ONCE AT THAT LOCATION, THE SUBJECT FORCED THE VICTIM INTO A VACANT BUILDING AND FORCED HER TO SUBMIT TO VARIOUS SEXUAL OFFENSES AT GUNPOINT. THE SUBJECT THEN FLED THE SCENE IN THE ABOVE VEHICLE. THE VICTIM THEN FLED THE SCENE TO A NEARBY ASSOCIATE'S RESIDENCE AND NOTIFIED NOPD WHO ARRIVED A SHORT TIME LATER AND TRANSPORTED HER TO THE VCD STATION.

UPON COMPLETION, THE VICTIM WAS TRANSPORTED TO CHNO WHERE SHE WAS EXAMINED BY CHNO FOR CONFISCATION OF EVIDENCE CONSISTENT WITH RAPE. A COPY OF THE DOCTOR'S REPORT IS FORTHCOMING.

FULL REPORT TO FOLLOW.. 

REPORTING OFFICER:      BADGE:
REPORTING OFFICER: DET. DEBRA COFFEE      BADGE: 589