UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT JONES                                    CIVIL ACTION

VERSUS                                          NUMBER: 10-2625
                                                C/W 11-1125, 11-1126

BURL CAIN, WARDEN                               SECTION: "C"(5)


**REPORT AND RECOMMENDATION**

Presently before the Court is petitioner's motion to stay and abey. (Rec. doc. 18).  For the reasons that follow, it is recommended that petitioner's motion be granted.

In the above-captioned consolidated habeas proceeding, petitioner challenges his 1996 conviction for aggravated rape and armed robbery and his subsequent plea-based convictions for manslaughter and several additional counts of armed robbery. Pursuant to the authority of Pace v. DiGuglielmo, 544 U.S. 408, 416-17, 125 S.Ct. 1807, 1813-14 (2005), petitioner seeks another stay of this matter while he pursues post-conviction remedies in state court.  Petitioner represents in his motion that the State has no opposition to the granting of his motion. (Rec. doc. 18, p. 1).  That being the case, it will be recommended that petitioner's

motion be granted subject to the conditions set forth hereinafter.

## RECOMMENDATION

For the foregoing reasons, it is recommended that petitioner's motion to stay these proceedings be granted and that the Clerk of Court mark this action closed for statistical purposes. It is further recommended that the Court retain jurisdiction over this matter and that petitioner be allowed to file a motion to reopen this case within thirty (30) days of the finality of the state court post-conviction proceedings.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 14 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Services Auto. Assoc., 79 F.3d 1415 (5th Cir. 1996)(en banc).

New Orleans, Louisiana, this 24th day of _____May_____, 2011.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

2