UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT JONES                                              CIVIL ACTION

VERSUS                                                    NUMBER: 10-2625
                                                          C/W 11-1175, 11-1176

BURL CAIN, WARDEN                                         SECTION: "C"(5)

**O R D E R**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's motion to stay these proceedings is granted and the Clerk of Court is directed to mark this action closed for statistical purposes.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court retain jurisdiction over this matter and that petitioner is allowed to file a motion to reopen this case within thirty (30) days of the finality of the state court post-conviction proceedings.

New Orleans, Louisiana, this 20th day of June, 2011.

UNITED STATES DISTRICT JUDGE